Berger, Fischoff, Shumer, Wexler & Goodman, LLP
Proposed Attorneys for the Debtor &
Debtor-in-Possession
Heath S. Berger, Esq.
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
(516) 747-1136

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
In re:                                                                   Chapter 11

MEDIQUIP, LLC                                                            Case No. 19- 77310

        Debtor                                                       **AFFIDAVIT PURSUANT
                                                                         TO RULE 1007-4**
-----------------------------------------------------------------------X

STATE OF NEW YORK )
COUNTY OF NASSAU) ss.;

    Sonia Carrero, being duly sworn, deposes and says:

    1.    I am the Chief Executive Officer of the debtor herein, and submit this affidavit pursuant to Rule 1007-4 of the Local Bankruptcy Rules.

    2.    The debtor is filing contemporaneously herewith, a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code.

    3.    There are no prior bankruptcy case filings by this Debtor.

    4.    The Debtor is a New York Corporation. The Debtor is a non-public company and none of its shares are registered under Section 12 of the Securities Exchange Act of 1934. All stock issued and outstanding is common stock of one class. .

    5.    The Debtor operates a home respiratory care business and services patients throughout the New York metropolitan area. The filing was precipitated by the entry of a confession of judgment by a non-conventional lender who purportedly purchased future invoices

in exchange for weekly payments. Apparently there was a default in payments and a judgment was entered. My partner, who was responsible for the finances of the business and had recently disappeared from the business and filed for unemployment apparently caused the Debtor to borrow large sums from numerous "invoice purchasers". I am in the process of discovering the true finances of the business. The Debtor will use the Chapter 11 to continue its business and reorganize and investigate these "loans" and other activities by the former President.

6.  There is no pre-petition creditor's committee.

7.  Pursuant to Bankruptcy Rule 1007 and the local rules of this court the debtor is required to file with this petition a list containing the names and addresses of the twenty largest unsecured creditors (i) excluding those who or which would not be entitled to vote at creditors meeting under 11 U.S.C. Section 702; (ii) such creditors who are employees of the debtor at the time of the filing of the petition of reorganization; and (iii) creditors who are "insiders" as that term is defined in Section 101(25) of the Bankruptcy Code. The list of the twenty largest unsecured creditors is annexed hereto.

8.  None of the debtor's property is in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor, or agent for an such entity, except its business checking accounts have been restrained by a creditor.

9.  The Debtor's assets have been included on the Debtor's Schedule B - Personal Property, filed simultaneously herewith.

10. The debtor's assets and liabilities have been included on the debtor's Schedules which are being filed simultaneously herewith.

MEDIQUIP, INC.

*Sonia Carrero* (signature)

Sonia Carrero, _____

Sworn to before me this
23rd day of October, 2019

_____
Notary Public

HEATH S. BERGER
Notary Public, State of New York
No. 02BE5008879
Qualified in Suffolk County
Commission Expires March 1, 20\_\_